UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

William T. Mock; et al.,  §
    *Plaintiff*  §
        §
        §
    v.    §    Case No. 4:23-cv-00095-O
        §
        §
Merrick Garland, in his official capacity; et al.,  §
    *Defendant*  §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Cody J. Wisniewski _____, with offices at

Firearms Policy Coalition, Inc. | 5550 Painted Mirage Road, Suite 320
(Street Address)

Las Vegas _____  NV _____  89149 _____
(City)                    (State)      (Zip Code)

(916) 378-5785 _____  (916) 476-2392 _____
(Telephone No.)                 (Fax No.)

**II.** Applicant will sign all filings with the name  Cody J. Wisniewski _____.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

William T. Mock; Christopher Lewis; and Firearms Policy Coalition, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of _____Colorado_____, where Applicant regularly practices law.

Bar license number: 50415          Admission date: December 2016

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Montana Supreme Court | October 9, 2019 | Active |
| U.S. Supreme Court | December 10, 2020 | Active |
| U.S. Court of Appeals, Fifth Circuit | July 23, 2019 | Active |
| U.S. Court of Appeals, Tenth Circuit | October 12, 2017 | Active |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

August 11, 2022      VanDerStok v. Garland, No. 4:22-cv-00691-O (Counsel for Plaintiffs)

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

R. Brent Cooper, who has offices at

Cooper & Scully, P.C.| 900 Jackson Street, Suite 100
(Street Address)

Dallas      TX      75202
(City)      (State)      (Zip Code)

(214) 712-9500      (214) 712-9540
(Telephone No.)      (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   31   day of January, 2023   .

/s/ Cody J. Wisniewski
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

William T. Mock; et al.,

*Plaintiff*

v.

Case No. 4:23-cv-00095-O

Merrick Garland, in his official capacity; et al.,

*Defendant*

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of Cody J. Wisniewski.

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

DATE                                    PRESIDING JUDGE



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Cody James Wisniewski**__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __8th__ day of __**December**__ A.D. __2016__ and that at the date hereof the said __**Cody James Wisniewski**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __28th__ day of __**December**__ A.D. __2022__

*Cheryl Stevens*
Clerk

By ____Myra Sanchez____
Deputy Clerk