

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Cody James Wisniewski__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __8th__ day of __December__ A.D. __2016__ and that at the date hereof the said __Cody James Wisniewski__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __28th__ day of __December__ A.D. __2022__

*Cheryl Stevens*
Clerk

By *Myra Sanchez*
Deputy Clerk