AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Mock et al<br>*Plaintiff*<br>v.<br>Garland et al<br>*Defendant* | ) ) ) ) ) ) ) Civil Action No. 4:23-CV-00095-O |

## Summons in a Civil Action

**TO:** Merrick Garland, in his official capacity as Attorney General of the United States

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;
or
(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 1100 Commerce, 3rd Floor, Dallas, TX 75242-1699)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas, TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 01/31/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00232-G

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT
PROOF / ATTACHED**

## UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| WILLIAM T. MOCK et al., | § § § § § § § § § § | |
| Plaintiff(s), | | |
| vs. | | |
| | | Civil Action No. 4:23-CV-00095-O |
| MERRICK GARLAND in his official capacity as Attorney General of the United States, et al., | | |
| Defendant(s). | | |

## RETURN OF SERVICE

Came to my hand on **Thursday, February 2, 2023 at 1:39 PM,**
Executed at: **1100 COMMERCE, 3RD FLOOR, DALLAS, TX 75242**
at **1:34 PM, on Friday, February 3, 2023,**
by delivering to the within named:

**MERRICK GARLAND in his official capacity as Attorney General of the United States**

by delivering to **UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS**
by personally delivering to its **Administrative Officer, BRIAN BARR**
a true copy of this

**SUMMONS IN A CIVIL CASE and PETITION FOR JUDICIAL REVIEW AND REQUEST FOR VACATURE OF AGENCY ACTION, AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBIT 1, CIVIL COVER SHEET, ATTACHMENT TO CIVIL COVER SHEET**

having first endorsed thereon the date of the delivery.

BEFORE ME, the undersigned authority, on this day personally appeared Adil Tadli who after being duly sworn on oath states: "My name is Adil Tadli. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
**Adil Tadli - PSC 1206 - Exp 05/31/24**

Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this ____ day of February, 2023.



Notary Public in and for the State of Texas