IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*,<br><br>*Defendants*. | Civil Action No. 4:23-cv-00095-O |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY
MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT**

Before the Court is an Emergency Motion for Leave to File Brief in Excess of Page Limits by Plaintiffs William T. Mock; Christopher Lewis; Maxim Defense Industries, LLC; and Firearms Policy Coalition, Inc. ("Plaintiffs"). Defendants oppose the Motion.

Upon consideration of Plaintiffs' Emergency Motion for Leave to File Brief in Excess of Page Limit, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Plaintiffs are permitted to file their Brief in Support of their Motion for Preliminary Injunction or for Postponement of the Final Rule, not to exceed _____ pages.

Signed this _____, 2023.

_____
UNITED STATES DISTRICT JUDGE REED O'CONNOR

1