UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK; CHRISTOPHER LEWIS; and FIREARMS POLICY COALITION, INC., a Nonprofit Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his Official Capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his Official Capacity as the Director of the Bureau of Alcohol, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> Defendants. | Civil Action No. 4:23-cv-00095-O |

## ORDER

Before the Court is Plaintiffs' Emergency Motion for Leave to File Brief in Excess of Page Limit (ECF No. 19), filed February 9, 2023. To expedite resolution of the motion, the Court **ORDERS** that Defendants' Response is due no later than **February 21, 2023**. Plaintiffs' Reply is due no later than **February 23, 2024**. Plaintiffs **SHALL** serve Defendants with notice of this Order no later than **February 15, 2023** and inform that Court that it has done so.

**SO ORDERED** this **14th day** of **February, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**