# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| WILLIAM T. MOCK et al., § § § Plaintiff(s), § vs. § § MERRICK GARLAND in his official § capacity as Attorney General of the § United States, et al., § § Defendant(s). § | CIVIL ACTION NO. 3:23-CV-00232-G |

## RETURN OF SERVICE

Came to hand on **Thursday, February 2, 2023 at 3:08 PM**,
Executed at: **950 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20530-0001**
on **Thursday, February 9, 2023**, by delivering to the within named:

### BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES

By delivering to the **ATTORNEY GENERAL OF THE UNITED STATES,** by Certified Mail Return Receipt Requested, tracking number 7022 0410 0003 3381 1940, a true copy of this

**SUMMONS IN A CIVIL CASE and PETITION FOR JUDICIAL REVIEW AND REQUEST FOR VACATURE OF AGENCY ACTION, AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBIT 1, CIVIL COVER SHEET, ATTACHMENT TO CIVIL COVER SHEET**

PS Form 3811, received by an **Authorized Person** for the ATTORNEY GENERAL OF THE UNITED STATES is attached to this form.

BEFORE ME, the undersigned authority, on this day personally appeared Brittney Woodall who after being duly sworn on oath states: "My name is Brittney Woodall. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____
Brittney Woodall - PSC 20304 - Exp 03/31/2024

Subscribed and Sworn to by Brittney Woodall, Before Me, the undersigned authority, on this ___14th___ day of February, 2023.

ARMANDO ESQUIVEL
Notary Public
STATE OF TEXAS
ID#12856260-6
My Comm. Exp. March 26, 2023

_____
Notary Public in and for the State of Texas



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| Mock et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:23-cv-00232-G |
| | ) | |
| Garland et al | ) | |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** Bureau of Alcohol Tobacco Firearms and Explosives

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/31/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00232-G

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**RETURN / AFFIDAVIT PROOF / ATTACHED**

Additional information regarding attempted service, etc: