

**R. BRENT COOPER**  
Board Certified - Personal Injury Trial Law  
Texas Board of Legal Specialization

214-712-9501  
Brent.Cooper@cooperscully.com

February 15, 2023

*VIA eFILING*:  
The Honorable Judge Reed O'Connor  
501 West 10th Street, Room 201  
Fort Worth, TX 76102-3673

  Re: Civil Action No. 4:23-cv-00095-O, *WILLIAM T. MOCK; CHRISTOPHER LEWIS; MAXIM DEFENSE INDUSTRIES, LLC, a limited liability company; and FIREARMS POLICY COALITION, INC., a Nonprofit Corporation v. MERRICK GARLAND, in his Official Capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his Official Capacity as the Director of the Bureau of Alcohol, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES*,

Dear Judge O'Connor,

  We are received the Court's Order (Document 20) dated February, 14, 2023 directing Plaintiffs to serve Defendants with notice of the Order no later than February 15, 2023. Pursuant to the Order, Plaintiffs served notice of the Order on all Defendants via certified mail. Additionally, Counsel for Plaintiffs, Mr. Cody Wisniewski served Defense Counsel, Messrs. Jody Lowenstein and Michael Drezner and Ms. Faith Lowry, a copy of the Order via email on February 14, 2023 at 4:39 pm. Should the Court require additional documentation evidencing compliance with its Order, undersigned counsel would be happy to provide same.

  .

Sincerely yours,

R. Brent Cooper

*cc via eService:*  
  All counsel of record  
*cc via Email*  
  Jody.D.Lowenstein@usdoj.gov  
  Michael.L.Drezner@usdoj.gov  
  Faith.E.Lowry@usdoj.gov

Founders Square   900 Jackson Street, Suite 100 Dallas, TX  75202  
Telephone (214) 712-9500   Fax (214) 712-9540  
www.cooperscully.com

Austin Office (512) 439-1500  Houston Office (713) 236-6800  San Francisco Office (415) 956-9700

1057342v.1