IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MERRICK GARLAND, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 4:23-cv-95-O |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Jody D. Lowenstein of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned matter on behalf of Defendants.

Dated: February 17, 2023　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　BRIGHAM J. BOWEN
　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　*/s/ Jody D. Lowenstein*
　　　　　　　　　　　　　　　　JODY D. LOWENSTEIN
　　　　　　　　　　　　　　　　Mont. Bar No. 55816869
　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　Phone: (202) 598-9280
　　　　　　　　　　　　　　　　Email: jody.d.lowenstein@usdoj.gov

　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                            */s/ Jody D. Lowenstein*
                                            JODY D. LOWENSTEIN
                                            Trial Attorney
                                            U.S. Department of Justice