# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | Civil Action No. 4:23-cv-95-O |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Enter Proposed Briefing Schedule, the Court hereby GRANTS the motion. The parties are ORDERED to comply with the following schedule:

- On or before February 21, 2023, Plaintiffs will file their motion for preliminary relief;
- On or before March 10, 2023, Defendants will file their response to Plaintiffs' motion;
- On or before March 17, 2023, Plaintiffs may file a reply in support of their motion.

Both parties may file an initial brief that is at most 45 pages.

Additionally, the briefing schedule entered by this Court's Order of February 14, 2023, *see* ECF No. 20, is hereby VACATED.

SO ORDERED on _____.

_____
Hon. Reed O'Connor
UNITED STATES DISTRICT JUDGE