# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| WILLIAM T. MOCK et al., | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:23-CV-00232-G |
| | § | |
| MERRICK GARLAND in his official | § | |
| capacity as Attorney General of the | § | |
| United States, et al., | § | |
| | § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to hand on **Thursday, February 2, 2023 at 3:08 PM,**
Executed at: **99 NEW YORK AVENUE, WASHINGTON, DC 20226**
on **Friday, February 10, 2023**, by delivering to the within named:

### BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES

By delivering by Certified Mail Return Receipt Requested, tracking number 7022 1670 0001 5393 7469, a true copy of this

### SUMMONS IN A CIVIL CASE and PETITION FOR JUDICIAL REVIEW AND REQUEST FOR VACATURE OF AGENCY ACTION, AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBIT 1, CIVIL COVER SHEET, ATTACHMENT TO CIVIL COVER SHEET

PS Form 3811, received by an Individual of the Defendant's Registered Agent, has not been returned. A copy of PS Form 3800, tracking number 7022 1670 0001 5393 7469, and the Track & Confirm page from the USPS website, are attached to this form.

BEFORE ME, the undersigned authority, on this day personally appeared Brittney Woodall who after being duly sworn on oath states: "My name is Brittney Woodall. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____
**Brittney Woodall - PSC 20304 - Exp 03/31/2024**

Subscribed and Sworn to by Brittney Woodall, Before Me, the undersigned authority, on this
____ day of February, 2023.

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025

_____
**Notary Public in and for the State of Texas**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To          BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES C/O

Street and Apt. No.   99 NEW YORK AVENUE

City, State, ZIP+4®    WASHINGTON   DC 20226

7022 1670 0001 5393 7461

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**Certified Mail service provides the following:**
- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a return receipt for no additional fee, present a USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

Case 4:23-cv-00095-O    Document 27    Filed 02/20/23    Page 3 of 6    PageID 241

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70221670000153937469

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:49 am on February 10, 2023 in WASHINGTON, DC 20226.

_____

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20226
February 10, 2023, 4:49 am

**Available for Pickup**

WASHINGTON, DC 20226
February 9, 2023, 1:17 pm

**Arrived at Post Office**

WASHINGTON, DC 20018
February 9, 2023, 12:55 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
February 9, 2023, 7:10 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
February 9, 2023, 6:27 am

**Arrived at USPS Regional Facility**

Feedback

Case 4:23-cv-00095-O   Document 27   Filed 02/20/23   Page 4 of 6   PageID 242

WASHINGTON DC DISTRIBUTION CENTER
February 8, 2023, 9:55 am

● **Departed USPS Facility**

BALTIMORE, MD 21240
February 8, 2023, 8:38 am

● **Arrived at USPS Facility**

BALTIMORE, MD 21240
February 8, 2023, 8:38 am

● **Departed USPS Regional Facility**

DULLES VA DISTRIBUTION CENTER
February 8, 2023, 8:21 am

● **Arrived at USPS Regional Facility**

DULLES VA DISTRIBUTION CENTER
February 8, 2023, 4:06 am

● **In Transit to Next Facility**

February 7, 2023

● **Departed USPS Regional Facility**

COPPELL TX DISTRIBUTION CENTER
February 6, 2023, 3:59 am

● **Arrived at USPS Regional Facility**

COPPELL TX DISTRIBUTION CENTER
February 5, 2023, 6:03 am

● **Hide Tracking History**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                       ⌄

See Less ⌃

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Mock et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:23-cv-00232-G |
| | ) | |
| Garland et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Bureau of Alcohol Tobacco Firearms and Explosives

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/31/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00232-G

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: