# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| WILLIAM T. MOCK et al., § <br> § <br> Plaintiff(s), § <br> § <br> vs. § <br> § <br> MERRICK GARLAND in his official § <br> capacity as Attorney General of the § <br> United States, et al., § <br> § <br> Defendant(s). § | CIVIL ACTION NO. 3:23-CV-00232-G |

## RETURN OF SERVICE

Came to hand on **Thursday, February 2, 2023 at 3:08 PM,**
Executed at: **99 NEW YORK AVENUE, WASHINGTON, DC 20226**
on **Thursday, February 9, 2023**, by delivering to the within named:

**STEVEN DETTELBACH in his official capacity as the
Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By delivering by Certified Mail Return Receipt Requested, tracking number 7022 1670 0001 5393 7520, a true copy of this

**SUMMONS IN A CIVIL CASE and PETITION FOR JUDICIAL REVIEW AND REQUEST FOR VACATURE OF AGENCY ACTION, AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBIT 1, CIVIL COVER SHEET, ATTACHMENT TO CIVIL COVER SHEET**

PS Form 3811, received by an individual, has not been returned. A copy of PS Form 3800, tracking number 7022 1670 0001 5393 7520, and the Track & Confirm page from the USPS website, are attached to this form.

BEFORE ME, the undersigned authority, on this day personally appeared Brittney Woodall who after being duly sworn on oath states: "My name is Brittney Woodall. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____
Brittney Woodall - PSC 20304 - Exp 03/31/2024

Subscribed and Sworn to by Brittney Woodall, Before Me, the undersigned authority, on this 15th day of February, 2023.

_____
Notary Public in and for the State of Texas

CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID# 12523831-2
My Comm. Exp. March 21, 2025

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total

Sent To

STEVEN DETTELBACH in his official capacity as the Director of the Bureau of A C/O

Street

99 NEW YORK AVENUE

City,

WASHINGTON                    DC 20226

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

...ail service provides the following benefits:

...portion of the Certified Mail label)...
...unique i... ...fier for your mailpiece.
- Electronic v... ...ation of delivery or attempted delivery.
- A record of de... ...(including the recipient's signature) that i... ...ained by the Postal Service™ for a specified per...

**Important Reminde...**
- You may purchase Ce... ...Mail service with First-Class Mail®, First-... ...Package Service®, or Priority Mail® service.
- Certified Mail service is *not* ...lable for international mail.
- Insurance coverage is *not* avai... ...for purchase with Certified Mail service. How... ...the purchase of Certified Mail service does not ... ...ge the insurance coverage automatically ... ...ed with certain Priority Mail items.
- For an additional fee, and with a prope... endorsement on the mailpiece, you may ... ...est the following services:
  - Return receipt service, which provides a r... ...d of delivery (including the recipient's signat... ). You can request a hardcopy return receipt o... electronic version. For a hardcopy return rece... complete PS Form 3811, *Domestic Retu...n Receipt*; attach PS Form 3811 to your mailpiece;

...for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70221670000153937520**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:58 am on February 9, 2023 in WASHINGTON, DC 20226.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20226
February 9, 2023, 4:58 am

### Available for Pickup
WASHINGTON, DC 20226
February 8, 2023, 12:39 pm

### Arrived at Post Office
WASHINGTON, DC 20018
February 8, 2023, 11:32 am

### Arrived at USPS Regional Facility
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
February 8, 2023, 7:13 am

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
February 8, 2023, 6:32 am

### Departed USPS Regional Facility

- WASHINGTON DC DISTRIBUTION CENTER
  February 8, 2023, 6:26 am

- **Arrived at USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  February 8, 2023, 2:17 am

- **In Transit to Next Facility**
  February 7, 2023

- **Departed USPS Regional Facility**
  COPPELL TX DISTRIBUTION CENTER
  February 5, 2023, 5:53 am

- **Arrived at USPS Regional Facility**
  COPPELL TX DISTRIBUTION CENTER
  February 5, 2023, 5:12 am

- Hide Tracking History

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Mock et al | ) |
| :---: | :--- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-00232-G |
|  | ) |
| Garland et al | ) |
| *Defendant* | ) |

**Summons in a Civil Action**

**TO:** Steven Dettelbach, in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas, TX 75202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 01/31/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00232-G

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: