UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM T. MOCK, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00095-O |
| | § | |
| MERRICK GARLAND, et el., | § | |
| | § | |
| Defendants. | § | |

## ORDER REGARDING JOINT BRIEFING SCHEDULE

Before the Court is the parties' Joint Motion to Enter Proposed Briefing Schedule (ECF No. 26), filed February 17, 2023. Upon consideration of the motion, the Court hereby **GRANTS** the parties' motion and **ORDERS** the parties to comply with the following briefing schedule:

- On or before February 21, 2023, Plaintiffs will file their motion for preliminary relief;
- On or before March 10, 2023, Defendants will file their response to Plaintiffs' motion;
- On or before March 17, 2023, Plaintiffs may file a reply in support of their motion.

Both parties **MAY** file an initial brief that is at most 45 pages. Accordingly, the briefing schedule entered by this Court's Order of February 14, 2023 (ECF No. 20), expediting responses to Plaintiff's motion for overlength briefing is thereby **VACATED** and the related motion (ECF No. 19) is moot.

**SO ORDERED** this **21st day** of **February, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE