IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*,<br><br>*Defendants*. | Civil Action No. 4:23-cv-00095-O |

### [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, FOR POSTPONEMENT OF THE EFFECTIVE DATE OF THE FINAL RULE

Before the Court is a *Motion for Preliminary Injunction or, in the Alternative, for Postponement of the Effective Date of the Final Rule* filed by Plaintiffs William T. Mock; Christopher Lewis; Maxim Defense Industries, LLC; and Firearms Policy Coalition, Inc. Defendants oppose the Motion.

Upon consideration of Plaintiffs' opposed Motion, it is hereby ORDERED that the Motion for a Preliminary Injunction is GRANTED.

It is further ORDERED that Defendants and their officers, agents, servants, and employees are enjoined from implementing and enforcing the provisions established and amended by the Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives' Final Rule entitled *Factoring Criteria for Firearms with Attached 'Stabilizing Braces,'* 88 Fed. Reg. 6,478 (Jan. 31, 2023).

2

Signed this _____, 2023.

_____
UNITED STATES DISTRICT JUDGE REED O'CONNOR