IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | Civil Action No. 4:23-cv-95-O |

**PROPOSED ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to Respond to Complaint, the Court hereby GRANTS the motion. Defendants shall file an answer or otherwise respond to the complaint no later than 30 days after the Court resolves Plaintiffs' Motion for Preliminary Injunction or, in the Alternative, for Postponement of the Effective Date of the Final Rule, ECF No. 33.

SO ORDERED on _____.

_____

Hon. Reed O'Connor
UNITED STATES DISTRICT JUDGE