IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK; CHRISTOPHER LEWIS; MAXIM DEFENSE INDUSTRIES, LLC, a limited liability company; and FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; the UNITED STATES DEPARTMENT OF JUSTICE; STEVE DETTELBACH, in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendants*. | Civil Action No. 4:23-cv-00095-O |

**PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1)(C), Plaintiffs William T. Mock; Christopher Lewis; Maxim Defense Industries, LLC; and Firearms Policy Coalition, Inc., through their undersigned counsel, move this honorable Court for an injunction pending appeal prohibiting Defendants and their officers, agents, servants, and employees from implementing and enforcing the provisions established and amended by the Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives' Final Rule entitled *Factoring Criteria for Firearms with Attached 'Stabilizing Braces'* ("Final Rule"), 88 Fed. Reg. 6,478 (Jan. 31, 2023).

As explained in the accompanying brief in support, Plaintiffs satisfy each factor for an injunction pending appeal: (1) they are likely to succeed on the merits of their claims under the U.S.

Constitution and the Administrative Procedure Act; (2) they continue to face irreparable injury absent an injunction; (3) Plaintiffs' injuries outweigh any harm that the injunction will cause Defendants pending appeal; and (4) an injunction will serve the public interest. *See Weingarten Realty Investors v. Miller*, 661 F.3d 904, 910 (5th Cir. 2011). Accordingly, Plaintiffs respectfully request that this Court issue an injunction pending appeal.[1]

Plaintiffs' counsel conferred with counsel for Defendants, who oppose the relief requested herein.

DATED this 30th day of March 2023.

Respectfully submitted,

R. Brent Cooper
TX Bar No. 04783250
brent.cooper@cooperscully.com
Benjamin D. Passey
TX Bar No. 24125681
Ben.passey@cooperscully.com

COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, TX  75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540

*/s/ Cody J. Wisniewski*
Cody J. Wisniewski*
CO Bar No. 50415
cwi@fpchq.org

FIREARMS POLICY COALITION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV  89149
Telephone: (916) 378-5785
Telecopy: (916) 476-2392

---

[1] If this Court declines to issue an injunction pending appeal, Plaintiffs respectfully request that this Court do so as quickly as possible to allow Plaintiffs to pursue their claims with the U.S. Court of Appeals for the Fifth Circuit. Due to the emergency nature of this case, Plaintiffs are forced to seek Fifth Circuit review as quickly as possible. Plaintiffs' irreparable harms grow by the day.

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on March 30, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ *Cody J. Wisniewski*
Cody J. Wisniewski
FIREARMS POLICY COALITION

## CERTIFICATE OF CONFERENCE

I hereby certify that, on March 30, 2023, Plaintiffs' counsel, Cody J. Wisniewski conferred with Defendants' counsel, Jody Lowenstein, Michael Drezner, and Faith Lowry with the U.S. Department of Justice, Civil Division, via email, who stated that Defendants oppose the relief request in this Motion.

/s/ *Cody J. Wisniewski*
Cody J. Wisniewski
FIREARMS POLICY COALITION