IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK; CHRISTOPHER LEWIS; MAXIM DEFENSE INDUSTRIES, LLC, a limited liability company; and FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; the UNITED STATES DEPARTMENT OF JUSTICE; STEVE DETTELBACH, in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendants*. | Civil Action No. 4:23-cv-00095-O |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiffs William T. Mock; Christopher Lewis; Maxim Defense Industries, LLC; and Firearms Policy Coalition, Inc., appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Opinion and Order denying Plaintiffs' Motion for Preliminary Injunction or, in the Alternative, for Postponement of the Effective Date of the Final Rule, dated and entered March 30, 2023. ECF No. 40.

DATED this the 30th day of March 2023.

        Respectfully submitted,

        R. Brent Cooper
        TX Bar No. 04783250
        brent.cooper@cooperscully.com
        Benjamin D. Passey
        TX Bar No. 24125681
        Ben.passey@cooperscully.com

        COOPER & SCULLY, P.C.
        900 Jackson Street, Suite 100
        Dallas, TX  75202
        Telephone: (214) 712-9500
        Telecopy: (214) 712-9540

        */s/ Cody J. Wisniewski*
        Cody J. Wisniewski*
        CO Bar No. 50415
        cwi@fpchq.org

        FIREARMS POLICY COALITION
        5550 Painted Mirage Road, Suite 320
        Las Vegas, NV  89149
        Telephone: (916) 378-5785
        Telecopy: (916) 476-2392

        *Admitted *pro hac vice*

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 30, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ *Cody J. Wisniewski*
Cody J. Wisniewski
FIREARMS POLICY COALITION