UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00095-O |
| § | |
| MERRICK GARLAND, et el., § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is Defendants' Unopposed Motion for an Extension of Time to Respond to Complaint (ECF No. 39), filed March 27, 2023. Having considered the motion and noting it is unopposed, the Court **GRANTS** the motion **in part**. Defendants' Answer shall be filed **no later than April 28, 2023**.

**SO ORDERED** this **31st day** of **March, 2023**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE