UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM T. MOCK, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-00095-O |
| MERRICK GARLAND, et el., | § § § | |
| Defendants. | § | |

## ORDER EXPEDITING BRIEFING

Before the Court is Plaintiffs' Motion for an Injunction Pending Appeal (ECF No. 41), filed March 30, 2023. Having considered the motion, the Court **ORDERS** the parties to comply with the following briefing schedule:

- On or before April 12, 2023, Defendants will file their response to Plaintiffs' motion;
- On or before April 19, 2023, Plaintiffs may file a reply in support of their motion.[1]

**SO ORDERED** this **31st day** of **March, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not alter the Defendants' deadline to Answer Plaintiffs' Complaint.