UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM T. MOCK, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:23-cv-00095-O |
| MERRICK GARLAND, et el., | § § | |
| Defendants. | § § | |

## SCHEDULING ORDER

Before the Court is the parties' Joint Report Regarding Contents of Scheduling Order (ECF No. 51), filed April 28, 2023. The dispute involves claims of various violations of the Administrative Procedure Act (APA), 5 U.S.C. § 706, and the U.S. Constitution. Having considered the parties' positions and noting that the dispute shall be resolved on dispositive cross-motions without trial, the Court **ORDERS** the following schedule:

### I. CRITICAL DATES

| | |
|---|---|
| 1. Timeline to Amend Pleadings | June 9, 2023 or 21 days after Defendants file the certified Administrative Record, whichever is later. |
| 2. Lodging of the Administrative Record | May 19, 2023 (Administravie Record may be provided in thumb-drive or CD-ROM format) |
| 3. Discovery-Related Motions (e.g., Motions to Correct and/or Supplement the Administrative Record) | June 16, 2023 – Any such motion shall **automatically stay** the Summary Judgment breifing schedule, which will resume 14 days after the parties or the Court reslove(s) said motion(s) |

| | |
|---|---|
| 4. Summary Judgment Briefing Schedule | June 23, 2023 – Plaintiffs' Motion for Summary Judgment<br><br>July 14, 2023 – Defendants' Cross-Motion for Summary Judgment and Response<br><br>August 4, 2023 – Plaintiffs' Response to Defendants' Cross-Motion and Reply<br><br>August 18, 2023 – Defendants' Reply<br><br>**All other dispositive motions due within **60 days** of completion of the Administrative Record** |

## II.    ADDITIONAL MATTERS

5. Per the parties' proposal and if necessary, Defendants' Answer shall be due 21 days after the Court's resolution of the parties' dispositive cross-motions.

6. Given that this dispute shall be decided on dispositive cross-motions without trial, the Court waives the parties' obligation to provide initial disclosures and to attend mediation.

**SO ORDERED** this **1st day** of **May, 2023**.

*[signature]*
Reed O'Connor
UNITED STATES DISTRICT JUDGE