IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>MERRICK GARLAND, *et al.*,<br><br>　　Defendants. | Civil Action No. 4:23-cv-95-O |

**PROPOSED ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to Lodge the Administrative Record, the Court hereby GRANTS the motion. Defendants shall lodge the certified administrative record no later than May 23, 2023.

SO ORDERED on _____.

_____

Hon. Reed O'Connor
UNITED STATES DISTRICT JUDGE