IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> *Defendants*. | Civil Action No. 4:23-cv-95-O |

DEFENDANTS' NOTICE REGARDING THE LODGING OF THE
ADMINISTRATIVE RECORD

Defendants respectfully notify the Court that they have lodged the certified administrative record for this case. On May 22, 2023, Defendants sent via overnight mail electronic copies of the administrative record on flash drives (as permitted by the Court's scheduling order, *see* ECF No. 52) to (i) the Clerk's Office to maintain for public access, (ii) this Court's chambers, and (iii) Plaintiffs' counsel. Defendants have appended to this notice a copy of the certification of the administrative record and an index to the administrative record.

Dated: May 22, 2023    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN (MT Bar No. 55816869)
MICHAEL DREZNER (VA Bar No. 83836)
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 22, 2023, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                /s/ *Jody D. Lowenstein*
                JODY D. LOWENSTEIN
                Trial Attorney
                U.S. Department of Justice