IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> *Defendants*. | Civil Action No. 4:23-cv-95-O |

### CERTIFICATION OF ADMINISTRATIVE RECORD

I, Vivian S. Chu, Division Chief, Office of Regulatory Affairs, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), certify, based on personal knowledge and information obtained during the performance of my official duties, that the attached documents constitute a true and accurate copy of all non-privileged documents that were directly or indirectly considered in connection with the promulgation of *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023).

Executed this 22nd day of May 2023, in Washington, D.C.

_____
Vivian S. Chu
Division Chief, Office of Regulatory Affairs
Bureau of Alcohol, Tobacco, Firearms and Explosives