**Index for the Administrative Record**
*Factoring Criteria for Firearms With Attached "Stabilizing Braces"*
**88 Fed. Reg. 6,478 (Jan. 31, 2023)**

Correspondence (2012-2018) ................................................................................................ ATF000005-240

Correspondence (2019-2018) ................................................................................................ ATF000241-491

Miscellaneous Background Materials .................................................................................. ATF000492-539

Cost Materials and Regulatory Impact Analysis ................................................................. ATF000540-811

Notice of Proposed Rulemaking ........................................................................................... ATF000812-905

Comments Breakdown ......................................................................................................... ATF000906-44568

Miscellaneous Materials Considered Post-NPRM .......................................................... ATF044569A-44640

Firearm Specifications ......................................................................................................... ATF044641-44817

Economic Analysis Materials .............................................................................................. ATF044818-8818

Final Regulatory Impact Analysis ....................................................................................... ATF048819-870

Sources Cited in Final Rule .................................................................................................. ATF048871-50121

Video Materials Cited in Final Rule .................................................................................... Non-Paginated

Final Rule ............................................................................................................................... ATF050122-227