

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530

May 22, 2023

**VIA FEDEX**

Clerk's Office
United States District Court, Northern District of Texas
501 West 10th Street, Rm. 310
Fort Worth, TX 76102

RECEIVED

MAY 23 2023

CLERK'S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Re:   *Mock, et al. v. Garland, et al.*, No. 4:23-cv-95-O (N.D. Tex.)

To whom it may concern:

Please find enclosed a flash drive containing the certified administrative record for *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023), which is hereby being filed manually in the above-captioned matter, pursuant to the Court's order. *See* ECF No. 52. The contents of the flash drive are encrypted and can be accessed with the following password: **1343400**. A flash drive containing a courtesy copy of the certified administrative record has been sent to the Chambers of the Honorable Reed O'Connor and to counsel of record in the above-captioned matter.

Please feel free to contact me if you have any questions or concerns regarding this matter.

Sincerely,

*/s/ Jody D. Lowenstein*
Jody D. Lowenstein
Trial Attorney
U.S. Department of Justice

