IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>MERRICK GARLAND, *et al.*,<br><br>　　Defendants. | Civil Action No. 4:23-cv-95-O |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Stay Proceedings, the Court hereby GRANTS the motion. This case is stayed pending the Fifth Circuit's resolution of Plaintiffs' expedited appeal from the Court's order denying Plaintiffs' motion for preliminary relief. *See* No. 23-10319 (5th Cir.).

SO ORDERED on _____.

_____
Hon. Reed O'Connor
UNITED STATES DISTRICT JUDGE