UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM T. MOCK, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00095-O |
| | § | |
| MERRICK GARLAND, et el., | § | |
| | § | |
| Defendants. | § | |

## ORDER STAYING PROCEEDINGS

Before the Court is Defendants' Motion to Stay Proceedings (ECF No. 59), filed June 16, 2023, and Plaintiffs' Response (ECF No. 60), filed June 16, 2023. Having considered the same, the Court **GRANTS** Defendants' motion. The case is **STAYED** pending the Fifth Circuit's resolution of Plaintiffs' expedited appeal from this Court's order denying Plaintiffs' motion for injunctive relief. *See* No. 23-10319 (5th Cir.).

Unless otherwise directed, summary judgment briefing in this case shall resume upon decision by the Fifth Circuit. Plaintiffs' Motion for Summary Judgment shall be due within **30 days** of the Fifth Circuit's issuance of a decision. Defendants' Cross-Motion and Response shall be due within **21 days** thereof. Plaintiffs' Response to the Cross-Motion and Reply shall be due within **14 days** thereof. And Defendants' Reply shall be due **14 days** thereafter.

**SO ORDERED** this **19th day** of **June, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE