

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530

June 27, 2023

**VIA FEDEX**

Clerk's Office
United States District Court, Northern District of Texas
501 West 10th Street, Rm. 310
Fort Worth, TX 76102



Re: *Mock, et al. v. Garland, et al.*, No. 4:23-cv-95-O (N.D. Tex.)

To whom it may concern:

Please find enclosed a flash drive containing a corrected copy of the certified administrative record for *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023) ("Rule"), copies of which have been provided to the Chambers of the Honorable Reed O'Connor and to counsel of record in the above-captioned matter.

This copy corrects an inadvertent technical error contained in the original copy that Defendants filed manually in the above-captioned matter on May 23, 2023. *See* ECF Nos. 55, 57. Specifically, the certified administrative record includes a document containing the Final Regulatory Impact Analysis and Final Regulatory Flexibility Analysis for the Rule. A PDF version of that document was supposed to be copied to the flash drive that Defendants provided to the Clerk's Office on May 23. However, Defendants inadvertently copied the wrong PDF file to that flash drive. The enclosed flash drive contains a corrected copy of the certified administrative record that includes the correct PDF file—titled "AR 24 Final RIA"—of the Final Regulatory Impact Analysis and Final Regulatory Flexibility Analysis for the Rule. That correction also required revised Bates numbering, which is reflected in a revised index.

The contents of the flash drive are encrypted and can be accessed with the following password: **1357924**.

Please feel free to contact me if you have any questions or concerns regarding this matter.

Sincerely,

/s/ Jody D. Lowenstein
Jody D. Lowenstein
Trial Attorney
U.S. Department of Justice






