UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, et al., § § § Plaintiffs, § § v. § § MERRICK GARLAND, et el., § § Defendants. § | Civil Action No. 4:23-cv-00095-O |

## ORDER

The Fifth Circuit Court of Appeals has concluded Plaintiffs are likely to succeed on the merits of their APA claim. It has therefore remanded this case to the undersigned with instructions to consider the remaining preliminary injunction factors expeditiously, and to rule on the injunction request within 60 days.

Accordingly, the parties are to meet, confer, and then provide a joint status report outlining a proposed briefing schedule which will address the remaining issues and permit this Court to comply with the Circuit's direction. The parties shall provide this Joint Status Report no later than August 4, 2023.

**SO ORDERED** this **1st day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE