**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 4:23-cv-00095-O |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | |
| *Defendants*. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of August 1, 2023, ECF No. 63, the parties respectfully submit this joint status report to propose a schedule for further briefing on the irreparable-harm, balance-of-equities, and public-interest factors pertaining to Plaintiffs' motion for a preliminary injunction, ECF No. 33, as well as the appropriate scope of any such injunction. The parties have conferred and jointly request that the Court adopt the following deadlines, which they believe will allow the Court to consider the motion in accordance with the Fifth Circuit's instructions, *see Mock v. Garland*, No. 23-10319 (5th Cir. Aug. 1, 2023), ECF No. 151-1:[1]

- On or before August 18, 2023, Plaintiffs will file their supplemental brief;

---

[1]     Defendants respectfully note that the Fifth Circuit has yet to issue a mandate in the pending appeal, which may affect this Court's jurisdiction with respect to Plaintiffs' preliminary-injunction motion. *See, e.g.*, *United States v. Cook*, 592 F.2d 877, 880 (5th Cir. 1979) ("This court retains jurisdiction over an appeal until it has issued a mandate to implement its disposition. . . . The district court did not reacquire jurisdiction over [the] case until the mandate of this court was issued."); *accord Johnson v. Bechtel Assocs. Professional Corp., D.C.*, 801 F.2d 412 (D.C. Cir. 1986) ("Issuance of the mandate formally marks the end of appellate jurisdiction.").

Plaintiffs do not believe the issuance of a mandate is necessary for this Court to act on the preliminary injunction motion. Indeed, the Fifth Circuit explicitly instructed this Court to rule on the motion by September 30, 2023.

• On or before September 1, 2023, Defendants will file their response to Plaintiffs'
supplemental brief; and

• On or before September 9, 2023, Plaintiffs may file a reply to Defendants' response
brief.

DATED this the 4th day of August 4, 2023.

Respectfully submitted,


R. Brent Cooper (TX Bar No. 04783250)
Benjamin D. Passey (TX Bar No. 24125681)
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas  75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540
brent.cooper@cooperscully.com
ben.passey@cooperscully.com

*/s/ Cody J. Wisniewski*
Cody J. Wisniewski* (CO Bar No. 50415)
FPC ACTION FOUNDATION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV  89149
Telephone: (916) 517-1665
Telecopy: (916) 476-2392
cwi@fpchq.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jody D. Lowenstein (with authorization)*
JODY D. LOWENSTEIN
MT Bar No. 55816869
MICHAEL DREZNER
VA Bar No. 83836
TAYLOR PITZ
CA Bar No. 332080
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 4, 2023, a true and correct copy of the foregoing document

was served via the Court's CM/ECF system to all counsel of record.


                               */s/ Cody J. Wisniewski*

                               Cody J. Wisniewski

                               FPC ACTION FOUNDATION