UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00095-O |
| § | |
| MERRICK GARLAND, et el., § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is the Parties' Joint Status Report (ECF No. 64), filed August 4, 2023. The Parties provided a proposed schedule for further briefing on the irreparable-harm, balance-of-equities, and public-interest factors pertaining to Plaintiffs' motion for a preliminary injunction (ECF No. 33), as well as the appropriate scope of any such injunction. Accordingly, the Court adopts the following deadlines:

- On or before **August 18, 2023**, Plaintiffs will file their supplemental brief;

- On or before **September 1, 2023**, Defendants will file their response to Plaintiffs' supplemental brief; and

- On or before **September 9, 2023**, Plaintiffs may file a reply to Defendants' response brief.

**SO ORDERED** this **4th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE