IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*,<br><br>　　　　　　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>　　　　　　　　　　　　　*Defendants*. | Civil Action No. 4:23-cv-00095-O |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

　　Please take notice that Bradley A. Benbrook and Stephen M. Duvernay hereby enter their appearance as additional counsel of record for Plaintiffs William T. Mock; Christopher Lewis; Maxim Defense Industries, LLC, a limited liability company; and Firearms Policy Coalition, Inc., a nonprofit corporation.

　　Bradley A. Benbrook
　　Stephen M. Duvernay
　　Benbrook Law Group, PC
　　701 University Avenue, Suite 106
　　Sacramento, CA 95825
　　Telephone: (916) 447-4900
　　brad@benbrooklawgroup.com
　　steve@benbrooklawgroup.com

Dated: August 14, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　R. Brent Cooper (TX Bar No. 04783250)
　　　　　　　　　　　　　　　　　　　Benjamin D. Passey (TX Bar No. 24125681)
　　　　　　　　　　　　　　　　　　　COOPER & SCULLY, P.C.
　　　　　　　　　　　　　　　　　　　900 Jackson Street, Suite 100

        Dallas, Texas  75202
        Telephone: (214) 712-9500
        Telecopy: (214) 712-9540
        brent.cooper@cooperscully.com
        ben.passey@cooperscully.com

        */s/ Cody J. Wisniewski*
        Cody J. Wisniewski* (CO Bar No. 50415)
        FPC ACTION FOUNDATION
        5550 Painted Mirage Road, Suite 320
        Las Vegas, NV  89149
        Telephone: (916) 378-5785
        Telecopy: (916) 476-2392
        cwi@fpchq.org

        *Admitted *pro hac vice*

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on August 14, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

                                      */s/ Cody J. Wisniewski*
                                      Cody J. Wisniewski
                                      FPC ACTION FOUNDATION