UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| William T. Mock, et al.,<br>*Plaintiff* | §§§§§§§§§ | Case No. 4:23-cv-95-O |
| v. | | |
| Merrick B. Garland, et al.,<br>*Defendant* | | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Stephen M. Duvernay _____, with offices at

701 University Avenue, Suite 106
(Street Address)

| Sacramento | CA | 95825 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| (916) 447-4900 | (916) 447-4904 |
|---|---|
| (Telephone No.) | (Fax No.) |

II.  Applicant will sign all filings with the name Stephen M. Duvernay.

III.  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiffs William T. Mock; Christopher Lewis; Maxim Defense Industries, LLC, a limited liability company; and Firearms Policy Coalition, Inc., a nonprofit corporation

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 250957       Admission date: 11/21/2007

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attachment | | |
| | | |
| | | |
| | | |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

06/03/2021      Blessed Cajuns, LLC v. Guzman, Case No. 4:21-cv-00677-O

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

R. Brent Cooper, who has offices at

900 Jackson Street, Suite 100
(Street Address)

Dallas      TX      75202
(City)      (State)      (Zip Code)

214-712-9500      214-712-9540
(Telephone No.)      (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 4 day of August, 2023.

Stephen M. Duvernay
Printed Name of Applicant

*/s/ Stephen M. Duvernay*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## Attachment – Application for Admission *Pro Hac Vice*

*Mock v. Garland*, N.D. Tex. Case No. 4:23-cv-95-O

Stephen M. Duvernay has also been admitted to practice before the following courts:

Supreme Court of the United States, 11/04/2013
United States Court of Appeals for the Ninth Circuit, 04/29/2011
United States Court of Appeals for the Second Circuit, 01/04/2023
U.S. District Court Eastern District of California, 04/11/2008
U.S. District Court Southern District of California, 03/16/2010
U.S. District Court Central District of California, 08/01/2011
U.S. District Court Northern District of California, 06/02/2020

All of the admissions noted above are active.

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

(With Complaint Check Attached)

August 2, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEPHEN MICHAEL DUVERNAY, #250957 was admitted to the practice of law in this state by the Supreme Court of California on November 21, 2007 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that no charges of professional or other misconduct have been filed with the State Bar, nor any proceedings instituted by the State Bar; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records

**State Bar of California**
**Office of Chief Trial Counsel**
**Complaint History Report (Confidential)**
Run Date: 8/02/2023 11:35 AM

State Bar No: 250957    Name: Duvernay, Stephen Michael

## No Complaints To Report

Please note that a complaint is defined as "a communication alleging misconduct by a State Bar member sufficient to warrant an investigation that may result in discipline of the member if allegations are proved."   (Rules Proc. of State Bar, rule 5.4(13) .) Therefore, allegations closed with the determination that the matter does not warrant investigation or allegations pending review to determine if they warrant investigation, are not included in Complaint History Reports.

We are unable to provide copies of the actual complaint(s) as such communications to the State Bar of California are privileged pursuant to California Business and Professions Code, section 6094(a).

This report identifies complaints and allegations received by the State Bar and not findings by the State Bar Court.  Therefore, even where this report indicates the disposition of "Discipline," the report does not identify the findings supporting that discipline, which may differ substantially from the allegations received by the State Bar. Please consult the specific discipline documents to learn what findings of misconduct were made by the court. In most cases, such documents may be found on the public profile page for the attorney under Attorney Search at www.calbar.ca.gov.