UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

MOCK, et al. §
    *Plaintiff* §
§
§
v. § Case No. 4:23-cv-00095-O
§
§
GARLAND, et al. §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wiley Rein LLP _____, with offices at

2050 M Street NW
(Street Address)

| Washington | DC | 20036 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 202.719.7000 | 202.719.7049 |
|---|---|
| (Telephone No.) | (Fax No.) |

II.    Applicant will sign all filings with the name  Jeremy J. Broggi _____.

III.    Applicant has been retained personally or as a member of the above-named firm by:
                              (List All Parties Represented)

Palmetto State Armory, LLC, Firearms Regulatory Accountability Coalition, Inc., and NST Global, LLC (d/b/a SB Tactical)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Maryland_____, where Applicant regularly practices law.

Bar license number: 1412160107        Admission date: December 16th, 2014

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals for the Eighth Circuit | March 7th, 2023 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | February 1st, 2022 | Active |
| U.S. Court of Appeals for the Sixth Circuit | November 17th, 2021 | Active |
| U.S. Court of Appeals fir the Fifth Circuit | April 21st, 2021 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:           Case No. And Style:

02/17/2023                     2:23-cv-19-Z Britto, et al. v. ATF

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

John Leslie                                                              , who has offices at

1805 West Park Row Drive, Suite C
(Street Address)

Arlington                              TX                    76013
(City)                                 (State)               (Zip Code)

817.405.7700                           817.505.1292
(Telephone No.)                        (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   18   day of August                  , 2023    .

Jeremy J. Broggi
Printed Name of Applicant

/s/ Jeremy J. Broggi
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# Supreme Court of Maryland

### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

    I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the sixteenth day of December, 2014,

### *Jeremy Joseph Broggi*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the thirteenth day of October, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this fourteenth day of August, 2023.

*[signature: Gregory Hilton]*

Clerk of the Supreme Court of Maryland

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MOCK, et al. <br> *Plaintiff* <br><br> v. <br><br> GARLAND, et al. <br> *Defendant* | § § § § § § § § § §   Case No. __4:23-cv-00095-O__ |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

__Jeremy J. Broggi__.

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____          _____
DATE                                                             PRESIDING JUDGE