UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br>  Defendants. | Civil Action No. 4:23-cv-00095-O |

**UNOPPOSED MOTION OF PALMETTO STATE ARMORY, LLC, FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., AND NST GLOBAL, LLC (D/B/A SB TACTICAL) FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Palmetto State Armory, LLC ("PSA"), the Firearms Regulatory Accountability Coalition, Inc. ("FRAC"), and NST Global, LLC (d/b/a SB Tactical) ("SB Tactical") respectfully request leave, pursuant to Local Rules 7.1 and 7.2(b), to file a brief as *amici curiae* in support of Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 33. In accordance with Local Rule 7.1(b), Movants certify that they have conferred with attorneys for Plaintiffs and Defendants, and neither party opposes this Motion.

Movants have a concrete interest in the outcome of this litigation. As explained in the attached brief, PSA designs and manufactures guns, parts, and accessories—including pistol stabilizing brace products—for use by civilians and law enforcement. SB Tactical invented the pistol stabilizing brace and designs and sells stabilizing braces. FRAC is an industry trade group with members that design and manufacture stabilizing braces and brace-equipped guns. Because PSA, SB Tactical, and FRAC's constituent members market and sell stabilizing braces and/or brace-equipped guns, the validity of the rule at issue in this case—and the scope of this Court's relief—may determine whether these entities can continue to sell stabilizing braces and brace-

equipped guns.

Movants' proposed brief will "assist[] the judge" in the resolution of this case. *See United States v. Holy Land Found. for Relief & Dev.*, 3:04-CR-0240-P, 2009 WL 10680203, at *2 (N.D. Tex. July 1, 2009) (Solis, J.), *rev'd in part on other grounds*, 624 F.3d 685 (5th Cir. 2010). Because *amici* represent a broad swath of the stabilizing brace market and its associated supply chain, their experience offers unique insight into the remedial scope necessary to provide the commercial plaintiffs in this case with complete relief. Further, *amici*'s experience in being subjected to the Government's unlawful rule offers further insight into its economic effect, its associated irreparable injuries, and its impact on the public interest.

Finally, the fact that the motion is unopposed further supports granting leave to file. *See, e.g.,* Order Granting Unopposed Mot. for Leave to File Amicus Br. and Mots. For Leave to Appear Pro Hac Vice, *Wells v. Lumpkin*, No. 4:21-cv-01384-O (N.D. Tex. Jan. 30, 2023), ECF No. 45 (O'Connor, J.) ("Because the motions [for leave to file *amicus* briefs] are unopposed they are all GRANTED."); Order, *VanDerStok v. Garland*, No. 4:22-cv-00691-O (N.D. Tex. Sep. 8, 2022), ECF No. 57 (O'Connor, J.) (summarily granting four motions for leave to file *amicus* briefs).

For these reasons, Movants respectfully request that the Court grant the Motion.

Dated: August 18, 2023                Respectfully submitted,

/s/ Stephen J. Obermeier
Stephen J. Obermeier* (DC Bar No. 979667)
Michael D. Faucette* (DC Bar No. 1046222)
Jeremy J. Broggi* (DC Bar No. 1029427)
Boyd Garriott* (DC Bar No. 1617468)
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000
Fax: 202.719.7049
SObermeier@wiley.law
MFaucette@wiley.law
JBroggi@wiley.law
BGarriott@wiley.law

*Counsel for Palmetto State Armory, Firearms Regulatory Accountability Coalition, and SB Tactical*

* *Pro hac vice pending*

John Leslie (TX Bar. No. 12231400)
**JOHN LESLIE PLLC**
1805 West Park Row Drive, Suite C
Arlington, TX 76013-3584
Tel: 817.405.7700
Fax: 817.505.1292
arlingtonlaw@aol.com

*Local Counsel*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically submitted the foregoing document to the clerk of court of the U.S. District Court, Northern District of Texas, using the electronic case filing ("ECF") system of the Court. I hereby certify that I have served the counsel of record for Plaintiffs and Defendants electronically through the Court's ECF system.

Dated: August 18, 2023                               Respectfully submitted,

                                                     /s/ Stephen J. Obermeier
                                                     Stephen J. Obermeier