UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 4:23-cv-00095-O |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF PALMETTO STATE ARMORY, LLC, FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., AND NST GLOBAL, LLC (D/B/A SB TACTICAL) FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Upon consideration of the Unopposed Motion of Palmetto State Armory, LLC, the Firearms Regulatory Accountability Coalition, Inc., and NST Global, LLC (d/b/a SB Tactical) for Leave to File Brief as *Amici Curiae*, it is **HEREBY ORDERED** that:

The Motion is **GRANTED**; and

The brief of *amici curiae* attached to the Motion is **DEEMED FILED**.

SIGNED this ___ day of _____, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE REED O'CONNOR
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE