UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br> Defendants. | Civil Action No. 4:23-cv-00095-O |

### NOTICE OF APPEARANCE AS LOCAL COUNSEL
### FOR *AMICI CURIAE* PALMETTO STATE ARMORY, LLC, FIREARMS REGULATORY ACCOUNTABILITY COALITION, INC., AND NST GLOBAL, LLC (D/B/A SB TACTICAL)

**TO THE CLERK OF THE COURT AND ALL I NTERESTED PARTIES:**

Come now John Leslie and John Leslie | PLLC, appearing as local counsel for *amici curie* Palmetto State Armory, LLC, Firearms Regulatory Accountability Coalition, Inc. and NST Global LLC (d/b/a SB Tactical) in this action.

**Respectfully submitted,**

**/s/ John E. Leslie**
John E. Leslie
State Bar No. 12231400

**JOHN LESLIE | PLLC**
**1805 West Park Row Drive, Suite C**
**Arlington, Texas 76013**
**(817) 405-7700 phone**
**(817) 505-1292 fax**
**Arlingtonlaw@aol.com** email

*Local Counsel for Palmetto State Armory, Firearms Regulatory Accountability Coalition, and NST Global, LLC (d/b/a SB Tactical)*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2023, I electronically submitted the foregoing document to the clerk of court of the U.S. District Court, Northern District of Texas, using the electronic case filing ("ECF") system of the Court.  I hereby certify that I have served the counsel of record for Plaintiffs and Defendants electronically through the Court's ECF system.

                                            **Respectfully submitted,**

                                            <u>**/s/ John E. Leslie**</u>
                                            **John E. Leslie, Certifying Attorney**