# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 23-10319   Mock v. Garland
                             USDC No. 4:23-CV-95

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Roeshawn Johnson, Deputy Clerk
                                        504-310-7998

cc:  Mr. Ryan Baasch
     Mr. Clayton Way Calvin
     Mr. Richard Brent Cooper
     Mr. Robert E. Henneke
     Mr. Erik Scott Jaffe
     Mr. Sean Janda
     Mr. Stephen Klein
     Mr. Benjamin Lewis
     Mr. Stephen Obermeier
     Ms. Autumn Hamit Patterson
     Mr. Stephen Dean Stamboulieh
     Mr. Chance Weldon
     Mr. Cody J. Wisniewski
     Ms. Abby Christine Wright