UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, et al.,<br><br> Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br> Defendants. | §<br>§<br>§<br>§<br>§  Civil Action No. 4:23-cv-00095-O<br>§<br>§<br>§<br>§ |

## ORDER

On October 2, 2023, the Court issued its Opinion & Order (ECF No. 92) on the Motion for Preliminary Injunction (ECF No. 33) in this case. In light of that decision, the parties are hereby **ORDERED** to meet and confer and file a joint status report with the Court **no later than October 31, 2023**, notifying how the parties intend to proceed in the case and, if the parties intend to so proceed, proposing a modified dispositive motion schedule.

 **SO ORDERED** on this **3rd day** of **October, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE