**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| WILLIAM T. MOCK, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>    *Defendants*. | Civil Action No. 4:23-cv-95-O |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of October 3, 2023, ECF No. 93, the parties respectfully submit this joint status report to propose a schedule for dispositive motions. The parties have conferred and jointly request that the Court adopt the following deadlines:

- On or before November 14, 2023, Plaintiffs will file their motion for summary judgment;

- On or before December 18, 2023, Defendants will file their consolidated opposition and cross-motion for summary judgment;

- On or before January 17, 2024, Plaintiffs will file their consolidated opposition and reply; and

- On or before February 7, 2024, Defendants will file their reply.

1

Dated: October 31, 2023                                Respectfully submitted,


R. Brent Cooper (TX Bar No. 04783250)                  BRIAN M. BOYNTON
Benjamin D. Passey (TX Bar No. 24125681)               Principal Deputy Assistant Attorney General
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100                          BRIGHAM J. BOWEN
Dallas, Texas  75202                                   Assistant Branch Director
Telephone: (214) 712-9500
Telecopy: (214) 712-9540                               _/s/ Michael Drezner___
brent.cooper@cooperscully.com                          MICHAEL DREZNER
ben.passey@cooperscully.com                            VA Bar No. 83836
                                                       JODY D. LOWENSTEIN
Cody J. Wisniewski* (CO Bar No. 50415)                 MT Bar No. 55816869
FPC ACTION FOUNDATION                                  TAYLOR PITZ
5550 Painted Mirage Road, Suite 320                    CA Bar No. 332080
Las Vegas, NV  89149                                   Trial Attorneys
Telephone: (916) 378-5785                              U.S. Department of Justice
Telecopy: (916) 476-2392                               Civil Division, Federal Programs Branch
cwi@fpchq.org                                          1100 L Street NW
                                                       Washington, DC 20005
/s/ Bradley A. Benbrook                                Phone: (202) 514-4505
Bradley A. Benbrook* (CA Bar No. 177786)               Email: Michael.L.Drezner@usdoj.gov
Stephen M. Duvernay* (CA Bar No. 250957)
BENBROOK LAW GROUP, P.C.
701 University Avenue, Suite 106
Sacramento, California  95825                          *Attorneys for Defendants*
Telephone: (916) 447-4900
Telecopy: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com


*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 31, 2023, a true and correct copy of the foregoing document

was served via the Court's CM/ECF system to all counsel of record.


/s/ Michael Drezner
MICHAEL DREZNER
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE.