UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM T. MOCK, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00095-O |
| | § | |
| MERRICK GARLAND, et el., | § | |
| | § | |
| Defendants. | § | |

## ORDER REGARDING JOINT BRIEFING SCHEDULE

Before the Court is the parties' Joint Status Report (ECF No. 95), filed October 31, 2023. The parties have conferred and jointly propose a briefing schedule on dispositive motions in this case. Accordingly, the Court **ORDERS** the parties to comply with the following briefing schedule:

- On or before November 14, 2023, Plaintiffs will file their motion for summary judgment;
- On or before December 18, 2023, Defendants will file their consolidated opposition and cross-motion for summary judgment;
- On or before January 17, 2024, Plaintiffs will file their consolidated opposition and reply;
- On or before February 7, 2024, Defendants will file their reply.

**SO ORDERED** on this **3rd day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE