IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| WILLIAM T. MOCK, *et al.*, | |
|---|---|
| *Plaintiffs*, | |
| v. | Civil Action No. 4:23-cv-95-O |
| MERRICK B. GARLAND, *et al.*, | |
| *Defendants*. | |

APPENDIX IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

**Table of Appendix**

| | Bates Stamps | Exhibit | Description | Brief Citation |
|---|---|---|---|---|
| **Vol. 1** | App.001–App.003 | DEX1 | Act of Mar. 2, 1631, Act LVI, 1631 Va. Acts, p. 175 | P. 35 n.13 |
| | App.004–App.006 | DEX2 | *Records of the Colony of Rhode Island and Providence Plantations, In New England*, 2:196 (Bartlett, ed., Providence: A. Crawford Greene and Brother vol. 2, 1857) | P. 35 n.13 |
| | App.007–App.026 | DEX3 | "An Act for the better regulating of the Militia of this Province," 1747, McCord, Statutes at Large, 9:647 | P. 35 n.13 |
| | App.027–App.043 | DEX4 | Act of Jan. 8, 1781, ch. XII, § 13, 1781 N.J. Laws, p. 43 | P. 35 n.13 |
| | App.044–App.052 | DEX5 | 1775–1776 Mass. Acts 18 | P. 35 n.14 |
| | App.053–App.063 | DEX6 | Act of Apr. 3, 1778, ch. 33, 1778 N.Y. Laws, p. 65 | P. 35 n.14 |
| | App.064–App.070 | DEX7 | Laws of the Commonwealth of Mass. from Nov. 28, 1780, to Feb. 28, 1807, p. 105–106 (1807) | P. 36 n. 15 |

| | | | | |
|---|---|---|---|---|
| **Vol. 2** | App.071–App.072 | DEX8 | Laws of the State of Maine, p. 546 (1830) | P. 36 n.15 |
| | App.073–App.076 | DEX9 | Colonial Laws of Mass. Reprint. from the Ed. of 1672, p. 126 (1890) | Pp. 36 n.16; 37 n.17 |
| | App.077–App.081 | DEX10 | 2 General Laws of Mass. from the Adoption of the Constitution to Feb. 1822, p. 199 (1823) | Pp. 36 n.16; 37 n.17 |
| | App.082–App.083 | DEX11 | 15 The Public Records of the Colony of Conn., p. 191 (1890) | Pp. 36 n.16; 37 n.17 |
| | App.084–App.088 | DEX12 | Laws of the State of N.H; with the Constitutions of the U.S. and of the State Prefixed, p. 277 (1830) | Pp. 36 n.16; 37 n.17 |
| | App.089–App.093 | DEX13 | Act of Dec. 20, 1820, § 3, 1820 Ala. Acts, p. 10 | P. 38 n.18 |
| | App.094–App.098 | DEX14 | Act of Feb. 10, 1852, No. 1, § 1, 1851–1852 Ala. Laws, p. 3 | P. 38 n.18 |
| | App.099–App.137 | DEX15 | Act of Feb. 19, 1867, No. 260, § 10, 1866–1867 Ala. Laws, p. 263 | P. 38 n.18 |
| | App.138–App.142 | DEX16 | Ala. Rev. Code § 434(10) (Joseph Abram Walker comp., Birmingham, Reid & Screws, State Printers 1867) | P. 38 n.18 |
| | App.143–App.144 | DEX17 | Act of Feb. 10, 1838, No. 24, § 1, 1838 Fla. Acts, p. 36 | P. 38 n.19 |
| | App.145–App.146 | DEX18 | Miss. Code ch. 8, art. 16, § 1 (1848) (effective Feb. 4, 1844) | P. 38 n.20 |
| | App.147–App.150 | DEX19 | Act of Feb. 21, 1867, ch. 317, § 2, 1867 Miss. Laws, p. 412 | P. 38 n.20 |
| | App.151–App.153 | DEX20 | Act of Feb. 7, 1867, ch. 244, § 1, 1867 Miss. Laws, p. 327 | P. 38 n.20 |
| | App.154–App.162 | DEX21 | Act of Jan. 28, 1851, ch. 121, § 5, 1850–1851 N.C. Sess. Laws, p. 242–43 | P. 38 n.21 |
| | App.163–App.197 | DEX22 | Revenue, ch. 34, § 23(4), 1856–1857 N.C. Sess. Laws, p. 34 | P. 38 n.21 |

|  | App.198–App.235 | DEX23 | Revenue, ch. 25, § 27(15), 1858–1859 N.C. Sess. Laws, p. 35 | P. 38 n.21 |
|---|---|---|---|---|
|  | App.236–App.257 | DEX24 | Act of Feb. 26, 1867, sec. 1, schedule A, class 3, § 14, 1866–67 N.C. Sess. Laws, p. 103 | P. 38 n.21 |
|  | App.258–App.260 | DEX25 | Act of Dec. 7, 1866, No. 41, § 1, Ga. Laws, p. 27–28 | P. 38 n.22 |
|  | App.261–App.264 | DEX26 | Ala. Code § 494(15) (Wade Keyes, et al., comps., Montgomery, Barrett & Brown 1877) | P. 38 n.23 |
|  | App.265–App.272 | DEX27 | Act of Dec. 9, 1882, No. 18, § 2(18), 1882 Ga. Laws, p. 37 | P. 38 n.23 |
|  | App.273–App.283 | DEX28 | Act of Apr. 16, 1883, § 24, 80 Ohio Laws, p. 134 | P. 38 n.23 |
| **Vol. 3** | App.284–App.471 | DEX29 | Act of Mar. 13, 1883, ch. 49, § 153, 1883 Cal. Stat., p. 156 | P. 38 n.23 |
|  | App.472–App.476 | DEX30 | Act of Feb. 17, 1885, No. 337, sec. 2, 1884–85 Ala. Laws, p. 604 | P. 38 n.23 |
|  | App.477–App.489 | DEX31 | Act of Dec. 22, 1884, No. 52, § 2(18), 1884–85 Ga. Laws, p. 23 | P. 38 n.23 |
|  | App.490–App.498 | DEX32 | Act of Dec. 11, 1886, No. 4, sec. 5, § 17, 1886–87 Ala. Laws, p. 36 | P. 38 n.23 |
|  | App.499–App.508 | DEX33 | General Tax Act for 1887 and 1888, § 2(18), 1886 Ga. Laws, p. 17 | P. 38 n.23 |
|  | App.509–App.514 | DEX34 | Act of Feb. 28, 1887, No. 221, sec. 2, 1888–89 Ala. Laws, p. 533 | P. 38 n.23 |
|  | App.515–App.523 | DEX35 | Ala. Code § 629(28) (1887) | P. 38 n.23 |
|  | App.524–App.550 | DEX36 | Act of Dec. 12, 1888, No. 190, § 21(25), 1888–89 Ala. Laws, p. 200 | P. 38 n.23 |
|  | App.551–App.562 | DEX37 | General Tax Act for 1889 and 1890, No. 123, § 2(17), 1888 Ga. Laws, p. 22 | P. 38 n.23 |

|        | App.563–App.574 | DEX38 | Act of Mar. 9, 1891, ch. 327, § 44, 1891 N.C. Sess. Laws, Priv. Laws, p. 1423 | P. 38 n.23 |
|--------|-----------------|-------|------------------------------------------------------------------------------|------------|
|        | App.575–App.578 | DEX39 | S.C. Rev. Stat. § 490 (1894)                                                 | P. 38 n.23 |
|        | App.579–App.581 | DEX40 | Act of Mar. 28, 1889, sec. 1, 86 Ohio Laws, p. 164                           | P. 38 n.23 |
| Vol. 4 | App.582–App.584 | DEX41 | St. Paul, Minn., Ordinances no. 895, § 2 (1889)                              | P. 38 n.23 |
|        | App.585–App.587 | DEX42 | An Act for the Inspection of Gunpowder, 1776–1777 N.J. Laws 6 (1776)         | P. 38      |
|        | App.588–App.590 | DEX43 | Ill. Stat. Ann. Crim. ch. 38, ¶ 38 (1885)                                    | P. 37      |

Dated: February 7, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN (MT Bar No. 55816869)
TAYLOR PITZ (CA Bar No. 332080)
FAITH E. LOWRY (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On February 7, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jody D. Lowenstein
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice