IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM T. MOCK, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-CV-00095-O |
| § | |
| MERRICK GARLAND, et al., § | |
| § | |
| *Defendants*. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs' motion for summary judgment on the grounds that the Final Rule violated the Administrative Procedure Act's procedural requirements because it was arbitrary and capricious and was not a logical outgrowth of the Proposed Rule is **GRANTED** and Defendants' cross-motion for summary judgment as to those claims is **DENIED**.

2. On these grounds, Factoring Criteria for Firearms with Attached Stabilizing Braces (the "Final Rule"), 88 Fed. Reg. 6,478 (Jan. 31, 2023), is hereby **VACATED**.

3. The Plaintiffs' remaining claims are **DENIED** as moot.

4. All other relief not expressly granted herein is denied.

**SO ORDERED** this **13th day** of **June, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE