FILED
October 24, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 26, 2024
Lyle W. Cayce
Clerk

No. 23-11199
Summary Calendar

---

WILLIAM T. MOCK; CHRISTOPHER LEWIS; FIREARMS POLICY COALITION, INCORPORATED, *a nonprofit corporation*; MAXIM DEFENSE INDUSTRIES, L.L.C.,

*Plaintiffs—Appellees*,

*versus*

MERRICK GARLAND, *U.S. Attorney General, in his official capacity as Attorney General of the United States*; UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; STEVEN DETTELBACH, *in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-95

---

Before JONES, SMITH, and HO, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 23-11199

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as moot.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on Oct 18, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 18, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

Mr. David O'Toole
Eastern District of Texas, Lufkin
United States District Court
104 N. 3rd Street
Lufkin, TX 75901-0000

Mr. Nathan Ochsner
U.S. Bankruptcy Court, Southern District of Texas
1701 W. Business Highway 83
McAllen, TX 78501

    No. 23-40556 Watterson v Bureau
        Consolidated with
  23-11157 Second Amendment v. Bureau
  23-11199 Mock v Garland
  23-11203 Britto v Bureau
  23-11204 Texas Gun v Bureau
  23-40685 State of Texas v  Bureau

          USDC No. 3:21-CV-116
          USDC No. 4:23-CV-95
          USDC No. 2:23-CV-19
          USDC No. 4:23-CV-578
          USDC No. 4:23-CV-80
          USDC No. 6:23-CV-13

Dear Ms. Mitchell, Mr. O'Toole, Mr. Ochsner,

Enclosed are copies of the judgments issued as the mandate and a copy of the court's opinion.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Melissa B. Courseault, Deputy Clerk
        504-310-7701

cc:
- Mr. Barry K. Arrington
- Mr. Bradley Benbrook
- Mr. Clayton Way Calvin
- Mr. Richard Brent Cooper
- Mr. Skylar Croy
- Mr. Michael Drezner
- Mr. Stephen Duvernay
- Mr. Charles Kenneth Eldred
- Mr. Richard M. Esenberg
- Mr. Samuel I. Ferenc
- Mr. Chad Flores
- Mr. Robert E. Henneke
- Ms. Kateland R. Jackson
- Mr. Sean Janda
- Mr. Daniel Lennington
- Mr. Benjamin Lewis
- Mr. Jody Dale Lowenstein
- Mr. Ed J. McConnell
- Mr. Matthew R. Miller
- Mr. Anthony Roman Napolitano
- Mr. Jason C. Nash
- Mr. Stephen Obermeier
- Mr. Robert J. Olson
- Ms. Lanora Christine Pettit
- Mr. Taylor Pitz
- Mr. Stephen Dean Stamboulieh
- Mr. Jeffrey W. Tormey
- Mr. Lucas Vebber
- Mr. Chance Weldon
- Mr. Cody J. Wisniewski
- Ms. Abby Christine Wright