# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 25, 2025
Lyle W. Cayce
Clerk

No. 24-10743

WILLIAM T. MOCK; CHRISTOPHER LEWIS; FIREARMS POLICY COALITION, INCORPORATED, *a nonprofit corporation*; MAXIM DEFENSE INDUSTRIES, L.L.C.,

*Plaintiffs—Appellees*,

*versus*

PAMELA BONDI, *U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; DANIEL DRISCOLL, *Acting Director, U.S. Bureau of Alcohol, Tobacco and Firearms, in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-95

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of July 25, 2025, pursuant to the stipulation of the parties.

No. 24-10743

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____  
Mary Yeager, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**  
**Certified order issued Jul 25, 2025**

**Clerk, U.S. Court of Appeals, Fifth Circuit**